No. 146, Misc. LEGERE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles C. Parlin, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 148, Misc. ROBISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 149, Misc. WILLIAMS v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 151, Misc. HENDRICKS v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 152, Misc. STEBBINS v. MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondents.

No. 153, Misc. SORRELL v. EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied.

No. 157, Misc. THOMPSON v. MARONEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 161, Misc. CARTER v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 164, Misc. GOSS v. ALASKA ET AL. Supreme Court of Alaska. Certiorari denied.